F. ALDEN MILLER et al., Respondents, v. HARRY B. HARRISON et al., Copartners Doing Business under the Name of HARRISON-ZACHER Co., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for breach of contract. The order denies a

motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.